IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY JEROME WALKER,

     Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, AND
FLORIDA COMMISSION ON
OFFENDER REVIEW,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5081

Opinion filed June 9, 2016.

An appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

Jeffrey Jerome Walker, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Rana Wallace, General Counsel for Florida Commission on Offender Review; and Beverly Brewster, Assistant General Counsel for Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.